# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                    Case No.: 1:19−cr−00565
                                                    Honorable Steven C. Seeger

Edward Lee Filer, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2024:

      MINUTE entry before the Honorable Steven C. Seeger as to Robert Joseph Gereg: The Court reviewed Defendant Gereg's response to the pretrial violation report and the motion for modification of release conditions (Dckt. No. [383]), which is hereby granted. The Court appreciated the explanation. The Court expresses its sincere condolences to Gereg on the passing of his wife. The Court will allow Defendant Gereg to take the senior citizens cruise, which involves traveling abroad. The Court hereby modifies the conditions of pretrial release to grant Gereg the return of the passport that he surrendered to Pretrial Services Office in July 2019. Gereg must inform the Pretrial Services Office and his undersigned counsel of the time and location of the cruise before his travel, and must provide any other information requested by Pretrial Services. Gereg must surrender his passport to Pretrial Services within one week of his return. Given this ruling, this Court sees no need for the status hearing on December 4, 2024. So the hearing is vacated. But if any party sees a need for the hearing, that party can notify the Courtroom Deputy, and the Court will put the hearing back on the calendar. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.